IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF   CV 10 80 177 MISC

Thomas Francis Poeschl Jr - #127012

_____/

**ORDER TO SHOW CAUSE**

It appearing that Thomas Francis Poeschl Jr has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective June 17, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 20, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Thomas Francis Poeschl Jr
Poeschl & Kohn LLP
533 Airport Blvd Ste 400
Burlingame, CA 94010