**FILED**

AUG 3 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 10 80177 MISC VRW |
| Thomas Francis Poeschl, Jr, | ORDER |
| State Bar No 127012 | |

On July 14, 2010, the court issued an order to show cause (OSC) why Thomas Francis Poeschl, Jr, should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective June 17, 2010.

The OSC was mailed to Mr Poeschl's address of record with the State Bar on July 16, 2010. A written response was due on or before August 20, 2010. No response to the OSC has been filed as of this date.

The court now orders Thomas Francis Poeschl, Jr, removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Thomas Francis Poeschl, Jr.,

_____/

Case Number: CV10-80177   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Francis Poeschl Jr
Poeschl & Kohn LLP
533 Airport Blvd, Ste 400
Burlingame, CA 94010


Dated: August 31, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*